UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HENRY DAVIS, JR.

VERSUS

N. BURL CAIN, ET AL.

CIVIL ACTION

NO. 09-1026-JJB-CN

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated June 10, 2010 (doc. no. 9). The plaintiff filed an objection which merely restates his prior argument and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus (doc. no. 1) filed by petitioner, Henry Davis, Jr., is DISMISSED WITH PREJUDICE, as untimely filed.

Baton Rouge, Louisiana, this 16th day of July, 2010.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE